**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MEL POISSO** **PLAINTIFF**

**v.** **No. 3:26-cv-291-DPM**

**KEVIN BELL, Sheriff, Randolph County;**
**and RANDOLPH COUNTY** **DEFENDANTS**

# ORDER

This case is closely related to another case assigned to Judge Rudofsky, *Poisso v. Bell*, No. 3:26-cv-290-LPR. In the interest of judicial economy, the Court directs the Clerk to transfer this case to Judge Rudofsky by chip exchange.

So Ordered.

DPMarshall Jr.
D.P. Marshall Jr.
United States District Judge

2 November 2026